UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| RIGOBERTO SANCHEZ-ALFARO, | Case No. 3:25-cv-402-SLH-KAP |
| *Petitioner,* | |
| v. | |
| KRISTI NOEM, et al. | |
| *Respondents.* | |

## [~~PROPOSED~~] ORDER

Upon consideration of Petitioner's Motion to Withdraw the Motion to Enforce and for good cause shown, the Motion is GRANTED. Petitioner's Motion to Enforce is withdrawn.

Signed this 23rd day of February, 2026.

*/s/ Stephanie L. Haines*
Hon. Stephanie L. Haines
U.S. District Judge